# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **WARREN RICHARDS, on behalf of himself and others similarly situated**<br><br>*Plaintiff*<br><br>v.<br><br>**FASHION NOVA, LLC**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)   Civil Action No. 1:25-cv-1145-TWP-MKK<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Jimmy Vasquez, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Fashion Nova, LLC in Los Angeles County, CA on June 17, 2025 at 11:52 am at 330 N Brand Blvd, Glendale, CA 91203 by leaving the following documents with Jessie Gastelum who as Intelligence Analyst is authorized by appointment or by law to receive service of process for Fashion Nova, LLC.

Summons In A Civil Action, Class Action Complaint

Hispanic or Latino Female, est. age 35-44, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=34.1514100682,-118.2537699043
Photograph: See Exhibit 1


Total Cost: $170.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

  Los Angeles County                    ,

  CA       on   6/18/2025            .

/s/ *Jimmy Vasquez*
_____
Signature
Jimmy Vasquez
+1 (323) 313-8410



Exhibit 1a)



Exhibit 1b)