-1-

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WARREN RICHARDS, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br> v.<br><br>FASHION NOVA, LLC,<br><br>        Defendant. | Case No. 1:25-cv-01145-TWP-MKK<br><br>*Hon. Tanya Walton Pratt*<br><br>**NOTICE OF PARTIES' FIRST EXTENSION OF TIME** |

Defendant Fashion Nova, LLC ("Defendant") hereby provides notice pursuant to Local Rule 6-1(a) of its initial, automatic 22-day extension of time, up to and including July 30, 2025, to answer or otherwise respond to the Complaint filed by Plaintiff Warren Richards ("Plaintiff"). In support, Defendant states the following:

1. Plaintiff filed the Complaint on June 11, 2025. Plaintiff contends that Defendant was served on June 17, 2025. Defendant disputes that, but has agreed not to challenge service in its responsive pleading.

2. Assuming Plaintiff's purported service date, Defendant's deadline to respond to the Complaint was July 8, 2025.

3. No prior extensions of time have been requested by or granted to Defendant to respond to the Complaint.

4. The Parties have not yet submitted a case management plan and no hearings have been scheduled. Thus, the requested extension will not interfere with a case management plan, scheduled hearings, or other case deadlines.

5. Counsel for Defendant has contacted Plaintiff's counsel, who has consented to this extension of time.

WHEREFORE, Defendant respectfully notifies the Court and counsel of its initial 22-day extension of time, up to and including July 30, 2025, to answer or otherwise respond to the Complaint.

Dated: July 11, 2025

Respectfully submitted,

-3-

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

By: ___/s/ Andrea S. Warren___
    ANDREA S. WARREN, Ind. Bar No. 29541-53
    awarren@sheppardmullin.com
    501 West Broadway
    19th Floor
    San Diego, CA 92101
    Telephone: 619.338.6500
    Fax:       619.234.3815

    P. CRAIG CARDON, *pro hac vice forthcoming*
    JAY T. RAMSEY, *pro hac vice forthcoming*
    ccardon@sheppardmullin.com
    jramsey@sheppardmullin.com
    1901 Avenue of the Stars
    Suite 1600
    Los Angeles, CA 90067
    Telephone: 310.228.3700
    Fax:       310.228.3701

    DANE C. BRODY CHANOVE, *pro hac vice forthcoming*
    dbrodychanove@sheppardmullin.com
    12275 El Camino Real
    Suite 100
    San Diego, CA 92130
    Telephone: 858.720.8900
    Fax:       858.509.3691

*Attorneys for Defendant Fashion Nova, LLC*