IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, <br><br> Plaintiff, <br><br> v. <br><br> FASHION NOVA, LLC, <br><br> Defendant. | Case No. 1:25-cv-01145-TWP-MKK |

## NOTICE OF APPEARANCE

Manuel "Manny" Herceg, of Taft Stettinius & Hollister, LLP, enters his appearance on behalf of Defendant, Fashion Nova, LLC.

    Respectfully submitted,

    /s/ *Manuel Herceg*
    Manuel "Manny" Herceg, Atty. No. 29956-06
    TAFT STETTINIUS & HOLLISTER, LLP
    One Indiana Square, Suite 3500
    Indianapolis, Indiana 46204-2023
    T: (317) 713-3500
    mherceg@taftlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using the electronic court filing system, which will provide notification of such filing to all counsel of record.

*/s/ Manuel Herceg*
Manuel Herceg
