IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS,<br><br>    Plaintiff,<br><br>v.<br><br>FASHION NOVA, LLC,<br><br>    Defendant. | Case No. 1:25-cv-01145-TWP-MKK |

**DEFENDANT'S UNOPPOSED MOTION**
**TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Fashion Nova, LLC ("Fashion Nova"), by counsel, and with the consent of Plaintiff, moves the Court to extend time to respond to the Complaint and in support states:

1. Plaintiff served his Complaint on June 11, 2025. The original deadline for Fashion Nova to answer, move, or otherwise respond to the Complaint was July 8, 2025.

2. On July 11, 2025, Defendant filed a Notice of Automatic Extension pursuant to Local Rule 6-1(b) seeking 22 additional days to respond. The new deadline to respond is set for July 30, 2025 (Dkt. 7).

3. Since that time, Fashion Nova has engaged new counsel to assume the defense of this putative Telephone Consumer Protection Act class action. Fashion Nova recently engaged the undersigned, as well as co-counsel Artin Betpera, of Buchalter, APC

whose pro hac vice application is forthcoming. Fashion Nova's counsel of record at Sheppard Mullin will be filing a motion to withdraw as counsel for Fashion Nova.

4. Fashion Nova requires some additional time to allow its new counsel to transition into this matter. In light of these circumstances, Fashion Nova respectfully requests that the Court extend its time to respond by two weeks, providing a new deadline of August 13, 2025.

5. Fashion Nova's new counsel has reached out to Plaintiff's counsel concerning this request. Plaintiff's counsel has stated that Plaintiff does not object to this extension.

WHEREFORE, Defendant Fashion Nova asks that the deadline to respond to Plaintiff's Complaint be extended for 14 days, through August 13, 2025.

Respectfully submitted,

/s/ *Manuel Herceg*
Manuel "Manny" Herceg, Atty. No. 29956-06
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square,
Suite 3500, Indianapolis, IN 46240
T: (317) 713-3500
mherceg@taftlaw.com

*Counsel for Fashion Nova, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2025, I electronically filed the foregoing document with the Clerk of the Court using the electronic court filing system, which will provide notification of such filing to all counsel of record.

> */s/ Manuel Herceg*
> Manuel Herceg