IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS,<br><br>   Plaintiff,<br><br>v.<br><br>FASHION NOVA, LLC,<br><br>   Defendant. | Case No. 1:25-cv-01145-TWP-MKK |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION**
**TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

This matter having come before the Court on Defendant's Unopposed Motion to Extend Time to Respond to Plaintiff's Complaint, and the Court, having reviewed said Motion, now find that the Motion should be, and hereby is, GRANTED.

**IT IS THEREFORE ORDERED** that the deadline for Defendant Fashion Nova, LLC to respond to Plaintiff's Complaint is extended to and including August 13, 2025.

**SO ORDERED.**

**Date:**_____       _____
                       Judge, Southern District of Indiana

Served electronically on
all ECF-registered counsel
of record.