IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS,<br><br>          Plaintiff,<br><br>     v.<br><br>FASHION NOVA, LLC,<br><br>          Defendant. | Case No. 1:25-cv-01145-TWP-MKK |

### ORDER

This matter having come before the Court on Defendant's Unopposed Motion to Extend Time to Respond to Plaintiff's Complaint, and the Court, having reviewed the matter and being duly advised, **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that the deadline for Defendant to respond to Plaintiff's Complaint is extended to and including **August 13, 2025**.

So **ORDERED**.

Date: 07/30/2025

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:
All ECF-regigstered counsel of record via CM/ECF