IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Warren Richards, | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-01145-TWP-MKK |
| Fashion Nova, LLC | |
| Defendant. | |

### NOTICE OF APPEARANCE

Artin Betpera of Buchalter, A Professional Corporation, enters his appearance on behalf of Defendant, Fashion Nova, LLC.

Respectfully submitted,

/s/ Artin Betpera
Artin Betpera
BUCHALTER, APC
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612
T: (949) 224-6422
abetpera@buchalter.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using the electronic court filing system, which will provide notification of such filing to all counsel of record.

<u>/s/ *Artin Betpera*                     </u>
Artin Betpera