IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | |
|---|---|
| Warren Richards,<br><br>        Plaintiff,<br><br>    v.<br><br>Fashion Nova, LLC<br><br>        Defendant. | Case No. 1:25-cv-01145-TWP-MKK |

## **NOTICE OF WITHDRAWAL OF REPRESENTATION OF**

## **DEFENDANT FASHION NOVA, LLC**

Pursuant to Local Rule 83-7(c)(4), attorney Andrea S. Warren of Sheppard Mullin Richter & Hampton LLP hereby provides notice of withdrawal of her representation of Defendant Fashion Nova, LLC. Fashion Nova will be represented in this action by attorneys Manny Herceg, and Artin Betpera, both of whom have entered their appearances on behalf of Fashion Nova (Dkt. 8, 13).

Respectfully submitted,
/s/ *Andrea S. Warren*
ANDREA S. WARREN, Ind. Bar No. 29541-53
SHEPPARD MULLIN RICHTER
& HAMPTON LLP
awarren@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, CA 92101
Telephone: 619.338.6500
Fax: 619.234.3815

## CERTIFICATE OF SERVICE

    I hereby certify that on August 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using the electronic court filing system, which will provide notification of such filing to all counsel of record.

                                                     /s/ *Andrea S. Warren*
                                                     Andrea S. Warren