IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Warren Richards,<br><br>      Plaintiff,<br><br>v.<br><br>Fashion Nova, LLC<br><br>      Defendant. | Case No. 1:25-cv-01145-TWP-MKK |

**Fashion Nova, LLC's Motion to Dismiss Plaintiff's Complaint**

Fashion Nova, LLC, by counsel, and for the reasons set forth in the accompanying brief, respectfully ask the Court to dismiss Warren Richard's complaint under Rule 12(b)(6).

Respectfully submitted,

/s/ *Artin Betpera*
Artin Betpera
BUCHALTER, APC
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
T: (949) 224-6422
abetpera@buchalter.com

/s/ *Manuel Herceg*
Manuel Herceg, Atty. No. 29956-06
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46240
T: (317) 713-3500
mherceg@taftlaw.com

*Counsel for Defendant Fashion Nova, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using the electronic court filing system, which will provide notification of such filing to all counsel of record.

*/s/ Artin Betpera*
Artin Betpera
