IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| WARREN RICHARDS, on behalf of himself and others similarly situated | : | CIVIL ACTION FILE NO. 25-cv-1145 |
| Plaintiff, | : | Judge: Tanya Walton Pratt |
| v. | : | Magistrate Judge: M. Kendra Klump |
| FASHION NOVA, LLC | : | |
| Defendant. | : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO MOTION TO DISMISS**

Plaintiff Warren Richards respectfully moves this Court for an extension of time to file his opposition to Defendant Fashion Nova, LLC's Motion to Dismiss (ECF No. 16). In support, Plaintiff states as follows:

1. Defendant filed its Motion to Dismiss on August 13, 2025. Pursuant to S.D. Ind. Local Rule 7-1(c)(2), Plaintiff's response would ordinarily be due within twenty-one (21) days of service, making the current deadline September 3, 2025.

2. The parties have conferred and agreed that Plaintiff shall have an additional thirty (30) days beyond the original due date to prepare and file his opposition. This extension will promote efficiency by allowing counsel adequate time to address the issues raised in the motion and will not cause prejudice to Defendant.

3. Accordingly, Plaintiff requests that the Court extend the deadline for his opposition to October 3, 2025.

4. This request is made in good faith and not for the purpose of delay. Counsel for Defendant has consented to this extension.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order extending the deadline for filing his opposition to Defendant's Motion to Dismiss to October 3, 2025, and granting such further relief as the Court deems just and proper.

Dated: August 22, 2025

/s/ *Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

Counsel for Plaintiff and the proposed class