# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| WARREN RICHARDS, on behalf of himself and others similarly situated | : | CIVIL ACTION FILE NO. 25-cv-1145 |
| Plaintiff, | : | Judge: Tanya Walton Pratt |
| v. | : | Magistrate Judge: M. Kendra Klump |
| FASHION NOVA, LLC | : | |
| Defendant. | : | |

## [PROPOSED}ORDER GRANTING AGREED EXTENSION OF TIME

Plaintiff has moved for an extension of time to respond to Defendant's Motion to Dismiss, and the Court, having considered the motion and noting Defendant's consent, finds that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have up to and including **October 3, 2025**, to file his opposition to Defendant's Motion to Dismiss (ECF No. 16).

SO ORDERED.


Dated: _____, 2025

_____
Tanya Walton Pratt
United States District Judge
Southern District of Indiana