IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Warren Richards,<br><br>  Plaintiff,<br><br> v.<br><br>Fashion Nova, LLC<br><br>  Defendant. | Case No. 1:25-cv-01145-TWP-MKK |

### Fashion Nova, LLC's Motion to Stay

Fashion Nova, LLC, by counsel, and for the reasons set forth in the accompanying brief, respectfully ask the Court to stay this action pending the Seventh Circuit's opinion in *Steidinger, et al. v. Blackstone Medical Services*, Appellate Case No. 25-2398. In the alternative, Fashion Nova respectfully asks the Court to stay discovery pending a ruling on Fashion Nova's motion to dismiss Warren Richard's complaint under Fed. R. Civ. P. 12(b)(6).

                Respectfully submitted,

                /s/*Artin Betpera*
                Artin Betpera
                BUCHALTER, APC
                18400 Von Karman Avenue, Suite 800
                Irvine, California 92612
                T: (949) 224-6422
                abetpera@buchalter.com

/s/ *Manuel Herceg*
Manuel Herceg, Atty. No. 29956-06
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46240
T: (317) 713-3500
mherceg@taftlaw.com

*Counsel for Defendant Fashion Nova, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2025, I electronically filed the foregoing document with the Clerk of the Court using the electronic court filing system, which will provide notification of such filing to all counsel of record.

/s/ *Artin Betpera*
Artin Betpera