UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WARREN RICHARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01145-TWP-MKK |
| | ) | |
| FASHION NOVA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY AND ORDER FROM TELEPHONIC INITIAL PRETRIAL CONFERENCE

On September 8, 2025, the Parties, by counsel, appeared for a telephonic initial pretrial conference with the Magistrate Judge. The Case Management Plan submitted in this case is **APPROVED** as amended and will be entered as a separate order.

This matter is set for a telephonic status conference on **December 18, 2025, at 3:00 p.m. (Eastern)**, with Magistrate Judge M. Kendra Klump. The Court will contact counsel by separate email through the Court's electronic filing system with the call-in information to be used to participate in the conference.

**SO ORDERED.**

Date: 9/9/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.