IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| WARREN RICHARDS, on behalf of himself and others similarly situated | : | CIVIL ACTION FILE NO. 25-cv-1145 |
| Plaintiff, | : | Judge: Tanya Walton Pratt |
| v. | : | Magistrate Judge: M. Kendra Klump |
| FASHION NOVA, LLC | : | |
| Defendant. | : | |

**PLAINTIFF'S UNOPPOSED SECOND MOTION FOR EXTENSION
OF TIME TO RESPOND TO MOTION TO DISMISS**

Plaintiff Warren Richards respectfully moves this Court for an extension of time to file his opposition to Defendant Fashion Nova, LLC's Motion to Dismiss (ECF No. 16). In support, Plaintiff states as follows:

1. Defendant filed its Motion to Dismiss on August 13, 2025. Pursuant to S.D. Ind. Local Rule 7-1(c)(2), Plaintiff's response would ordinarily be due within twenty-one (21) days of service, making the current deadline September 3, 2025.

2. The Court previously extended the response date to October 3, 2025.

3. The parties have conferred and agreed that Plaintiff shall have an additional thirty (30) days beyond the current due date to prepare and file his opposition to November 3, 2025.

4. This extension will promote efficiency by allowing counsel adequate time to address the issues raised in the motion and will not cause prejudice to Defendant.

5. Furthermore, the parties have a fully briefed motion to stay, which will also potentially impact the opposition to the motion to dismiss.

6.      This request is made in good faith and not for the purpose of delay. Counsel for Defendant has consented to this extension.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order extending the deadline for filing his opposition to Defendant's Motion to Dismiss to November 3, 2025, and granting such further relief as the Court deems just and proper.

Dated: September 30, 2025            /s/ Anthony I. Paronich
                                     Anthony I. Paronich
                                     PARONICH LAW, P.C.
                                     350 Lincoln Street, Suite 2400
                                     Hingham, MA 02043
                                     Tel: (617) 485-0018
                                     Fax: (508) 318-8100
                                     anthony@paronichlaw.com

                                     Counsel for Plaintiff and the proposed class