# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WARREN RICHARDS, on behalf of himself and others similarly situated | CIVIL ACTION FILE NO. 25-cv-1145 |
| Plaintiff, | Judge: Tanya Walton Pratt |
| v. | Magistrate Judge: M. Kendra Klump |
| FASHION NOVA, LLC | |
| Defendant. | |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

Upon consideration of Plaintiff's Unopposed Second Motion for Extension of Time to Respond to Defendant's Motion to Dismiss (ECF No. 16), and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. Plaintiff shall have until November 3, 2025 to file his opposition to Defendant's Motion to Dismiss.

SO ORDERED.

Dated: _____

_____
Hon. Tanya Walton Pratt
United States District Judge