IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Warren Richards,<br><br>      Plaintiff,<br><br>v.<br><br>Fashion Nova, LLC,<br><br>      Defendant. | Case No. 1:25-cv-01145-TWP-MKK |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

1. On August 13, 2025, Defendant Fashion Nova, LLC filed a Rule 12(b)(6) motion to dismiss Plaintiff's complaint.

2. On August 27, 2025, Fashion Nova filed a motion to stay this case pending the outcome of the appeal in *Steidinger, et al. v. Blackstone Medical Services*, Case No. 25-2398, pending in the Seventh Circuit Court of Appeals, and which involves the same legal issues raised by Fashion Nova in its motion to dismiss.

3. Plaintiff's response to the motion to dismiss was originally due on September 3, 2025. Plaintiff filed and the Court granted two unopposed motions to extend his deadline to oppose the motion to dismiss—the first, extending Plaintiff's deadline to October 3, 2025, and the second to November 3, 2025.

4. Pursuant to Local Rule 7-1(c)(2), Fashion Nova's deadline to file its reply brief in support of its motion to dismiss is October 27, 2025.

5. The undersigned counsel requires an additional 21 days to prepare Fashion Nova's reply brief in order to have adequate time to carefully consider, examine, and respond to the arguments made by Plaintiff in his opposition.

6. The requested extension will therefore promote efficiency by allowing the undersigned a sufficient amount of time to fully address, and reply to arguments made by Plaintiffs in his opposition.

7. Counsel for the parties have conferred and counsel for Plaintiff has no objection to Fashion Nova's request.

8. This request is made in good faith, and not for the purpose of the delay.

Respectfully submitted,

/s/Artin Betpera
Artin Betpera
BUCHALTER, APC
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
T: (949) 224-6422
abetpera@buchalter.com

/s/ Manuel Herceg
Manuel Herceg, Atty. No. 29956-06
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46240
T: (317) 713-3500
mherceg@taftlaw.com

*Counsel for Defendant Fashion Nova, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2025, I electronically filed the foregoing document with the Clerk of the Court using the electronic court filing system, which will provide notification of such filing to all counsel of record.

*/s/ Artin Betpera*
Artin Betpera
