IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Warren Richards,<br><br>      Plaintiff,<br><br>  v.<br><br>Fashion Nova, LLC,<br><br>      Defendant. | Case No. 1:25-cv-01145-TWP-MKK |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Upon consideration of Defendant Fashion Nova, LLC's Unopposed Motion for Extension of Time to File Reply Brief in Support of Motion to Dismiss (ECF No. \_\_\_), and for good cause shown,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED. Fashion Nova shall have through November 17, 2025 to file its reply brief in support of its Motion to Dismiss.

SO ORDERED.

Dated: _____

_____
Hon. Tanya Walton Pratt
United States District Judge