IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Warren Richards,<br><br>      Plaintiff,<br><br>  v.<br><br>Fashion Nova, LLC,<br><br>      Defendant. | Case No. 1:25-cv-01145-TWP-MKK |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

Upon consideration of Defendant Fashion Nova, LLC's Unopposed Motion for Extension of Time to File Reply Brief in Support of Motion to Dismiss (ECF No. 33), and for good cause shown,

IT IS HEREBY ORDERED that Defendant's motion is GRANTED. Fashion Nova shall have through November 17, 2025 to file its reply brief in support of its Motion to Dismiss.

**SO ORDERED.**

Date: 10/26/2025

                                                        Hon. Tanya Walton Pratt, Judge
                                                        United States District Court
                                                        Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF