AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| Warren Richards )<br>*Plaintiff* )<br>v. )<br>Fashion Nova, LLC )<br>*Defendant* ) | Case No. 1:25-cv-01145-TWP-MKK |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Fashion Nova, LLC.

Date: 11/17/2025

/s/ David M. Krueger
*Attorney's signature*

David M. Krueger 0085072
*Printed name and bar number*
Benesch, Friedlander, Coplan & Aronoff LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114

*Address*

dkrueger@beneschlaw.com
*E-mail address*

(216) 363-4500
*Telephone number*

(216) 363-4588
*FAX number*