IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Warren Richards,<br><br>    Plaintiff,<br><br>    v.<br><br>Fashion Nova, LLC<br><br>    Defendant. | Case No. 1:25-cv-01145-TWP-MKK |

### NOTICE OF WITHDRAWAL OF REPRESENTATION
### FOR DEFENDANT FASHION NOVA, LLC

Under Local Rule 83-7(c)(4), attorney Manuel "Manny" Herceg of Taft Stettinius & Hollister LLP provides notice of withdrawal of his representation of Defendant Fashion Nova, LLC.  Fashion Nova will be represented in this action by attorney David M. Krueger, who has entered his appearance on Fashion Nova's behalf (Dkt. 37).

Respectfully submitted,

/s/ Manuel Herceg
Manuel "Manny" Herceg, Atty. No. 29956-06
TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46240
T: (317) 713-3500
mherceg@taftlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2025, I caused the foregoing document to be electronically filed with the Clerk of the Court using the electronic court filing system, which will provide notification of such filing to all counsel of record.

_/s/ Manuel Herceg_
Manuel Herceg
