IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Warren Richards,<br><br>    Plaintiff,<br><br>v.<br><br>Fashion Nova, LLC<br><br>    Defendant. | Case No. 1:25-cv-01145-TWP-MKK |

**ORDER ACKNOWLEDGING WITHDRAWAL OF ATTORNEY MANUEL "MANNY" HERCEG FOR DEFENDANT FASHION NOVA, LLC**

This matter having come before the Court on Manuel "Manny" Herceg of Taft Stettinius & Hollister LLP's *Notice of Withdrawal of Representation for Defendant Fashion Nova, LLC*, and the Court, having reviewed said Notice, now acknowledges the Notice and ORDERS that the appearance of Manuel Herceg on behalf of Fashion Nova, LLC has been withdrawn.

**SO ORDERED.**

**Date:**_____     _____
                                                                                        Judge, Southern District of Indiana

Served electronically on
all ECF-registered counsel
of record.