IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Warren Richards, <br><br> Plaintiff, <br><br> v. <br><br> Fashion Nova, LLC <br><br> Defendant. | Case No. 1:25-cv-01145-TWP-MKK |

## NOTICE OF WITHDRAWAL OF REPRESENTATION OF

## DEFENDANT FASHION NOVA, LLC

Pursuant to Local Rule 83-7(c)(4), attorney Artin Betpera of Buchalter, APC hereby provides notice of withdrawal of his representation of Defendant Fashion Nova, LLC. Fashion Nova will be represented in this action by attorney David M. Krueger, who has entered his appearance on behalf of Fashion Nova (Dkt. 37).

Respectfully submitted,

/s/*Artin Betpera*
Artin Betpera
BUCHALTER, APC
18400 Von Karman Avenue, Suite 800
Irvine, California 92612
T: (949) 224-6422
abetpera@buchalter.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using the electronic court filing system, which will provide notification of such filing to all counsel of record.

                                              /s/ *Artin Betpera*
                                              Artin Betpera