UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, | Case No. 1:25-cv-01145-TWP-MKK |
| Plaintiff, | |
| v. | |
| FASHION NOVA, LLC, | |
| Defendant. | |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), Mark S. Eisen respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Defendant Fashion Nova, LLC in the above-styled cause only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing in the following United States court(s) and/or state's highest court(s): State of California – February 22, 2013; State of Illinois – October 31, 2013; State of North Carolina – October 19, 2018; U.S. Court of Appeals Eleventh Circuit – December 19, 2018; U.S. Court of Appeals Ninth Circuit – February 28, 2014; U.S. District Court Central District of California – January 2, 2014; U.S. District Court Eastern District of California – January 21, 2014; U.S. District Court Northern District of California – January 2014; U.S. District Court Southern District of California – January 21, 2014; U.S. District Court District of Colorado – February 28, 2025; U.S. District Court Northern District of Illinois – January 3, 2014; U.S. District Court Southern District of Illinois – January 5, 2024; U.S. District Court Eastern District of Michigan – February 21, 2014; U.S. District Court Eastern

District of Missouri – April 9, 2024; U.S. District Court Eastern District of North Carolina – February 8, 2023; U.S. District Court Middle District of North Carolina – March 14, 2024.

    2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

    3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

    4. The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

    WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: December 5, 2025                    Respectfully submitted,

                                            *s/ Mark S. Eisen*

                                            Mark S. Eisen
                                            Benesch, Friedlander, Coplan & Aronoff LLP
                                            71 S. Wacker Drive, Suite 1600
                                            Chicago, Illinois 60606
                                            (312) 212-4956
                                            (312) 767-9192
                                            meisen@beneschlaw.com