UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, | Case No. 1:25-cv-01145-TWP-MKK |
| Plaintiff, | |
| v. | |
| FASHION NOVA, LLC, | |
| Defendant. | |

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Mark S. Eisen, counsel for Defendant Fashion Nova, LLC, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Mark S. Eisen
Benesch, Friedlander, Coplan & Aronoff LLP
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606
(312) 212-4956
(312) 767-9192
meisen@beneschlaw.com

Date: 12/16/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF