UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:25-cv-01145-TWP-MKK ) |
| FASHION NOVA, LLC, | ) ) |
| Defendant. | ) ) |

## MINUTE ENTRY & ORDER

On December 18, 2025, the parties, by counsel, appeared for a telephonic status conference with the Magistrate Judge. The parties discussed case status and noted that they are maintaining a dialogue despite the stay.

In the event the Court denies the pending Motion to Dismiss, (Dkt. 15), the parties are directed to jointly file a proposed revised case management plan within seven days of the Court's order on the Motion to Dismiss.

This matter is scheduled for a telephonic status conference on **April 21, 2026**, at **3:00 p.m. (Eastern)**. The Court will contact counsel via CM/ECF with the call-in information needed to participate in the conference.

The conference concluded without further order.

Date: 12/18/2025

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email