UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>FASHION NOVA, LLC,<br><br>Defendant. | No: 1:25-cv-01145-TWP-MKK<br><br>Hon. Tanya Walton Pratt<br><br>Hon. Magistrate M. Kendra Klump |

**FASHION NOVA CORPORATION'S
UNOPPOSED MOTION FOR ORAL ARGUMENT REGARDING ITS
MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**

Defendant Fashion Nova Corporation ("Fashion Nova"), by and through undersigned counsel, respectfully requests an in-person oral argument on its Motion to Dismiss Pursuant to Rule 12(b)(6), (Dkt. 15, 16), and in support thereof states as follows:

1. On August 13, 2025, Fashion Nova moved to dismiss this action in its entirely pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. 15, 16.)

2. In sum, Plaintiff alleges he received text messages without his consent despite that he is registered on the national do not call registry. (Dkt. 1 ¶¶ 15-22.) Plaintiff asserts a single claim for the alleged violation of 47 U.S.C. § 227(c)(5) (premised on the regulation found at 47 C.F.R. § 64.1200(c)(2)).

3. Fashion Nova moved to dismiss on the basis that the private right of action afforded by 47 U.S.C. § 227(c)(5) applies exclusively to "telephone calls" and thus does not apply to text messages. See 47 U.S.C. § 227(c)(5).

4.      On December 15, 2025, this Court set an oral argument for February 10, 2026 in the matter captioned *Richards v. Shein Distribution Corporation*, No. 1:25-cv-01385, Dkt. 40 (the "*Shein*" Matter), also pending before Your Honor. The oral argument concerns a motion to dismiss regarding the same fundamental legal issue at hand in this matter—whether the private right of action afforded by 47 U.S.C. § 227(c)(5) applies to text messages.

5.      On February 4, 2026, counsel for Plaintiff moved to continue the oral argument in the *Shein* Matter to the week of March 2, 2026. (*See id.*, Dkt. 42.) The hearing was subsequently reset to March 10, 2026. (*See id.*, Dkt. 44.)

6.      The counsel in both matters, and the Plaintiff, are also the same. *See Richards v. Shein Distribution Corporation*, No. 1:25-cv-01385 (S.D. Ind.) (Pratt, J.). The outcome of this Court's decision on this legal issue is, as a practical matter, going to impact both cases equally.

7.      Fashion Nova thus respectfully requests that this Court hear oral argument on the Motion to Dismiss pending in this case simultaneously with the motion in the *Shein* matter. Fashion Nova does not believe any additional argument time would be needed over and above the time allotted in the *Shein* matter.

8.      Plaintiff does not oppose the relief sought herein.

## CONCLUSION

For the foregoing reasons, Fashion Nova respectfully requests that this Court schedule oral argument regarding its Motion to Dismiss.

Dated: February 5, 2026                     Respectfully submitted,

                                            FASHION NOVA, LLC.

                                            By:  */s/ David M. Krueger*
                                                David M. Krueger
                                                Benesch, Friedlander, Coplan & Aronoff LLP

127 Public Square
Suite 4900
Cleveland, OH 44114
440-313-2974
dkrueger@beneschlaw.com

Mark S. Eisen
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive
Suite 1600
Chicago, IL   60606-4637
312-506-3442
meisen@beneschlaw.com

Case 1:25-cv-01145-TWP-MKK    Document 46    Filed 02/05/26    Page 3 of 4 PageID #: 209

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February, 2026, I electronically filed a true and correct copy of the above and forgoing pleading with the Southern District of Indiana using the CM/ECF system.

By: */s/ David M. Krueger*
David M. Krueger