UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, *on behalf of himself and all others similarly situated,*<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FASHION NOVA, LLC,<br><br>　　　　　　Defendant. | No: 1:25-cv-01145-TWP-MKK |

**[PROPOSED] ORDER GRANTING UNOPPOSED REQUEST FOR ORAL ARGUMENT ON FASHION NOVA'S MOTION TO DISMISS**

This cause having come before the Court on Defendant Fashion Nova, LLC's Unopposed Request for Oral Argument on its motion to dismiss pursuant to rule 12(b)(6), and the Court having examined the request and being duly advised, now sets this matter for a hearing on March 10, 2026 at 10:00 a.m., to be held simultaneously with the argument in *Richards v. Shein Distribution Corporation*, No. 1:25-cv-01385. No additional time is needed for this argument. The argument will take place in Courtroom 344, United States Courthouse, Indianapolis, Indiana.

　　IT IS SO ORDERED


**DATED:** _____, 2026


　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　**United States District Court**