UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS,<br><br>    Plaintiff,<br>v.<br><br>FASHION NOVA, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) No: 1:25-cv-01145-TWP-MKK<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING UNOPPOSED REQUEST FOR ORAL ARGUMENT
ON FASHION NOVA'S MOTION TO DISMISS**

This cause having come before the Court on Defendant Fashion Nova, LLC's Unopposed Request for Oral Argument on its motion to dismiss pursuant to rule 12(b)(6), and the Court having examined the request and being duly advised, now sets this matter for a hearing on March 10, 2026 at 10:00 a.m., to be held simultaneously with the argument in Richards v. Shein Distribution Corporation, No. 1:25-cv-01385. No additional time is needed for this argument. The argument will take place in Courtroom 344, United States Courthouse, Indianapolis, Indiana.

IT IS SO ORDERED

Date: 2/9/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF