UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS, *individually and on behalf of all others similarly situated* ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) ) | Cause No. 1:25-cv-01145-TWP-MKK<br>Hon. Tanya Walton Pratt |
| FASHION NOVA, LLC ) ) | Hon. Magistrate M. Kendra Klump |
| Defendant. ) | |

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Jessica E. Garland, counsel for Warren Richards, for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

**IT IS SO ORDERED.**

Applicant's contact information should be entered as follows:

Jessica E. Garland
Gupta Wessler LLP
2001 K Street NW, Suite 850 North
Washington, DC 20006
Tel: (202) 888-1741
Fax: (202) 888-7792
jessie@guptawessler.com

Date: 2/26/2026

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution list:

To all registered counsel by CM/ECF