## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WARREN RICHARDS, *on behalf of himself and all others similarly situated,* | ) ) | |
| Plaintiff, | ) | |
| v. | ) | No: 1:25-cv-01145-TWP-MKK |
| | ) | |
| FASHION NOVA, LLC, | ) | Hon. Tanya Walton Pratt |
| Defendant. | ) | |
| | ) | Hon. Magistrate M. Kendra Klump |
| | ) | |
| | ) | |

## FASHION NOVA'S
## NOTICE OF SUPPLEMENTAL AUTHORITY

1.      Defendant Fashion Nova, LLC ("Fashion Nova") respectfully provides notice of a recent decision bearing on Fashion Nova's Motion to Dismiss. (Dkt. 15, 16.)

2.      Specifically, in its Motion to Dismiss, Fashion Nova sought dismissal of Plaintiff's claim under the Telephone Consumer Protection Act ("TCPA), 47 U.S.C. § 227(c)(5) on the basis that Subsection 227(c)(5) applies only to *telephone calls* and does not apply to *text messages*.

3.      On March 3, 2026, a Northern District of Ohio court issued a decision captioned *Stockdale v. Skymount Prop. Grp., LLC*, No. 1:25 CV 1282, 2026 WL 591842, at *1 (N.D. Ohio Mar. 3, 2026) (attached hereto). In *Stockdale*, the Court engaged in a thorough and independent analysis of the issue at hand here, looking to the "plain meaning of 'telephone call' at the time Congress enacted the TCPA." *Id.* at *3. The Court looked not only at the meaning of the term "call," but also the term "telephone," and held that "'telephone call' could not include modern-day text messages because text messages do not use a telephone to reproduce sounds at a distance." *Id.* The Court further determined that it is the responsibility of Congress to fill the gap left following the reversal of *Chevron*. *Id.* at *4.

6.      This Court should follow the logic and analysis of this decision, in addition to those decisions cited by Fashion Nova in its papers.

Dated: March 9, 2026                      Respectfully submitted,

                                          FASHION NOVA, LLC

                                          By:  /s/ Mark S. Eisen

                                          David M. Krueger
                                          Benesch, Friedlander, Coplan & Aronoff LLP
                                          127 Public Square
                                          Suite 4900
                                          Cleveland, OH 44114
                                          440-313-2974
                                          dkrueger@beneschlaw.com

                                          Mark S. Eisen (admitted *pro hac vice*)
                                          Benesch, Friedlander, Coplan & Aronoff LLP
                                          71 South Wacker Drive
                                          Suite 1600
                                          Chicago, IL   60606-4637
                                          312-506-3442
                                          meisen@beneschlaw.com

                                          *Counsel for Fashion Nova, LLC*