UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Acknowledged
TWP
March 10, 2026

| | |
|---|---|
| WARREN RICHARDS, *on behalf of himself and all others similarly situated,*<br>　　　　　　Plaintiff,<br>　v.<br>FASHION NOVA, LLC,<br>　　　　　　Defendant. | No: 1:25-cv-01145-TWP-MKK<br><br>Hon. Tanya Walton Pratt<br><br>Hon. Magistrate M. Kendra Klump |

**FASHION NOVA'S
NOTICE OF SUPPLEMENTAL AUTHORITY**

1. Defendant Fashion Nova, LLC ("Fashion Nova") respectfully provides notice of a recent decision bearing on Fashion Nova's Motion to Dismiss. (Dkt. 15, 16.)

2. Specifically, in its Motion to Dismiss, Fashion Nova sought dismissal of Plaintiff's claim under the Telephone Consumer Protection Act ("TCPA), 47 U.S.C. § 227(c)(5) on the basis that Subsection 227(c)(5) applies only to *telephone calls* and does not apply to *text messages*.

3. On March 3, 2026, a Northern District of Ohio court issued a decision captioned *Stockdale v. Skymount Prop. Grp., LLC*, No. 1:25 CV 1282, 2026 WL 591842, at *1 (N.D. Ohio Mar. 3, 2026) (attached hereto). In *Stockdale*, the Court engaged in a thorough and independent analysis of the issue at hand here, looking to the "plain meaning of 'telephone call' at the time Congress enacted the TCPA." *Id.* at *3. The Court looked not only at the meaning of the term "call," but also the term "telephone," and held that "'telephone call' could not include modern-day text messages because text messages do not use a telephone to reproduce sounds at a distance." *Id.* The Court further determined that it is the responsibility of Congress to fill the gap left following the reversal of *Chevron*. *Id.* at *4.

6.      This Court should follow the logic and analysis of this decision, in addition to those decisions cited by Fashion Nova in its papers.

Dated: March 9, 2026                                Respectfully submitted,

FASHION NOVA, LLC

By: /s/ Mark S. Eisen

David M. Krueger
Benesch, Friedlander, Coplan & Aronoff LLP
127 Public Square
Suite 4900
Cleveland, OH 44114
440-313-2974
dkrueger@beneschlaw.com

Mark S. Eisen (admitted *pro hac vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive
Suite 1600
Chicago, IL   60606-4637
312-506-3442
meisen@beneschlaw.com

*Counsel for Fashion Nova, LLC*