UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WARREN RICHARDS on behalf of himself and others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | No. 1:25-cv-01145-TWP-MKK |
| ) | |
| FASHION NOVA, LLC, ) ) | |
| Defendant. ) | |

**ENTRY FOR MARCH 10, 2026**
**THE HONORABLE TANYA WALTON PRATT**

Plaintiff appeared by counsel Jessica Garland. Defendant appeared by counsel Mark Eisen. David Moxley was the Court Reporter. Parties appeared for oral argument on Defendant's Motion to Dismiss for Failure to State a Claim (Filing No. 15) at the Indianapolis Courthouse.

Attorney Eisen presented argument on behalf of Defendant.

Attorney Garland presented argument on behalf of Plaintiff.

Attorney Eisen presented rebuttal argument on behalf of Defendant.

Attorney Garland presented sur-rebuttal argument on behalf of Plaintiff.

Attorney Eisen presented sur-rebuttal argument on behalf of Defendant.

The motion was taken under advisement and the Court will issue a ruling as soon as is practicable.

**IT IS SO ORDERED.**

Date:  3/10/2026

_Tanya Walton Pratt_
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Mark S. Eisen
Benesch Friedlander Coplan & Aronoff LLP
meisen@beneschlaw.com

Jessica Garland
Gupta Wessler LLP
jessie@guptawessler.com

David M. Krueger
Benesch Friedlander Coplan & Aronoff
dkrueger@beneschlaw.com

Anthony Paronich
PARONICH LAW. P.C.
anthony@paronichlaw.com