**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

WARREN RICHARDS on behalf of himself and )
others similarly situated, )
)
                  Plaintiff, )
)
           v. )      No. 1:25-cv-01145-TWP-MKK
)
FASHION NOVA, LLC, )
)
             Defendant. )

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

All claims having now been resolved in this action, the Court now enters **FINAL**

**JUDGMENT**. This case is **DISMISSED with prejudice**, and this action is **TERMINATED**.

Dated: 4/17/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Mark S. Eisen
Benesch Friedlander Coplan & Aronoff LLP
meisen@beneschlaw.com

Jessica Garland
Gupta Wessler LLP
jessie@guptawessler.com

David M. Krueger
Benesch Friedlander Coplan & Aronoff
dkrueger@beneschlaw.com

Anthony Paronich
PARONICH LAW. P.C.
anthony@paronichlaw.com