UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |  |
|---|---|---|
| WARREN RICHARDS, *individually and on behalf of all others similarly situated* | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Cause No. 1:25-cv-01145-TWP-MKK Hon. Tanya Walton Pratt |
| FASHION NOVA, LLC | ) ) | Hon. Magistrate M. Kendra Klump |
| Defendant. | ) ) | |

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Warren Richards, individually and on behalf of all others similarly situated, hereby appeals to the United States Court of Appeals for the Seventh Circuit from this Court's Order Granting Defendant Fashion Nova, LLC's, Motion to Dismiss filed on April 17, 2026. (ECF No. 62) and Final Judgment (ECF No. 63).

Dated: May 18, 2026                    Respectfully submitted,

*/s/ Anthony Paronich*
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
*anthony@paronichlaw.com*

## CERTIFICATE OF SERVICE

I, Anthony Paronich, hereby certify that on May 18, 2026, I electronically filed the foregoing document with the Clerk of the Court using the electronic court filing system, which will provide notification of such filing to all counsel of record.

/s/ Anthony Paronich
Anthony Paronich

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| WARREN RICHARDS on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:25-cv-01145-TWP-MKK |
| FASHION NOVA, LLC, | ) ) | |
| Defendant. | ) ) | |

**ENTRY CONVERTING DISMISSAL TO BE WITH PREJUDICE AND
DIRECTING ENTRY OF FINAL JUDGMENT**

On March 26, 2026, the Court granted Defendant Fashion Nova, LLC's Motion to Dismiss, dismissing Plaintiff Warren Richards' ("Richards") claims without prejudice and granting Richards leave of fourteen days in which to file an amended complaint (Filing No. 61). The Court explained that "[i]f nothing is filed within that time, the Motion to Dismiss will be converted to a dismissal with prejudice, and final judgment will issue." *Id.* at 10. The deadline has passed, and Richards has not filed an amended complaint. Accordingly, Richards' claims are **DISMISSED with prejudice**, and final judgment consistent with the Court's March 26, 2026 Order and this Entry will now issue.

**SO ORDERED**.

Date:    4/17/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Mark S. Eisen
Benesch Friedlander Coplan & Aronoff LLP
meisen@beneschlaw.com

Jessica Garland
Gupta Wessler LLP
jessie@guptawessler.com

David M. Krueger
Benesch Friedlander Coplan & Aronoff
dkrueger@beneschlaw.com

Anthony Paronich
PARONICH LAW. P.C.
anthony@paronichlaw.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

|  |  |  |
|---|---|---|
| WARREN RICHARDS on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:25-cv-01145-TWP-MKK |
| FASHION NOVA, LLC, | ) ) | |
| Defendant. | ) ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

All claims having now been resolved in this action, the Court now enters **FINAL JUDGMENT**. This case is **DISMISSED with prejudice**, and this action is **TERMINATED**.

Dated: 4/17/2026

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Mark S. Eisen
Benesch Friedlander Coplan & Aronoff LLP
meisen@beneschlaw.com

Jessica Garland
Gupta Wessler LLP
jessie@guptawessler.com

David M. Krueger
Benesch Friedlander Coplan & Aronoff
dkrueger@beneschlaw.com

Anthony Paronich
PARONICH LAW. P.C.
anthony@paronichlaw.com

# *** PUBLIC DOCKET ***

APPEAL,CLOSED

## U.S. District Court
## Southern District of Indiana (Indianapolis)
## CIVIL DOCKET FOR CASE #: 1:25-cv-01145-TWP-MKK

RICHARDS v. FASHION NOVA, LLC
Assigned to: District Judge Tanya Walton Pratt
Referred to: Magistrate Judge M. Kendra Klump
Cause: 47:227 Restrictions of Use of Telephone Equipment

Date Filed: 06/11/2025
Date Terminated: 04/17/2026
Jury Demand: Plaintiff
Nature of Suit: 485 Telephone Consumer Protection Act (TCPA)
Jurisdiction: Federal Question

**Plaintiff**

**WARREN RICHARDS**
*on behalf of himself and others similarly situated*

represented by **Anthony Paronich**
PARONICH LAW. P.C.
350 Lincoln Street
Suite 2400
Hingham, MA 02043
617-485-0018
Fax: 508-318-8100
Email: anthony@paronichlaw.com
*ATTORNEY TO BE NOTICED*

**Jessica Garland**
Gupta Wessler LLP
2001 K St NW
Suite 850 North
Washington, DC 20006
202-888-1741
Email: jessie@guptawessler.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**FASHION NOVA, LLC**

represented by **David M. Krueger**
Benesch Friedlander Coplan & Aronoff
127 Public Square
Suite 4900
Cleveland, OH 44114
440-313-2974
Fax: 216-363-4588
Email: dkrueger@beneschlaw.com
*ATTORNEY TO BE NOTICED*

**Mark S. Eisen**
Benesch Friedlander Coplan & Aronoff LLP

71 S. Wacker Dr.
Suite 1600
Chicago, IL 60606
312-212-4949
Fax: 312-767-9192
Email: meisen@beneschlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2025 | 1 | COMPLAINT against Fashion Nova, LLC, filed by Warren Richards. (Filing fee $405, receipt number AINSDC-8720220) (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons)(Paronich, Anthony) (Entered: 06/11/2025) |
| 06/11/2025 | 2 | Summons Issued as to FASHION NOVA, LLC. (LBT) (Entered: 06/11/2025) |
| 06/11/2025 | 3 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (LBT) (Entered: 06/11/2025) |
| 06/11/2025 | 4 | Notice to File Rule 7.1 Disclosure Statement. (KLS) (LBT) (Entered: 06/11/2025) |
| 06/11/2025 | 5 | NOTICE of Appearance by Anthony Paronich on behalf of Plaintiff WARREN RICHARDS. (Paronich, Anthony) (Entered: 06/11/2025) |
| 06/18/2025 | 6 | RETURN of Service, filed by WARREN RICHARDS. FASHION NOVA, LLC served on 6/17/2025. (Paronich, Anthony) (Entered: 06/18/2025) |
| 07/11/2025 | 7 | NOTICE of Parties' First Extension of Time re Filing a response to pleading defined by Fed. R. Civ. P. 7(a), filed by Defendant FASHION NOVA, LLC. (Warren, Andrea) (Entered: 07/11/2025) |
| 07/29/2025 | 8 | NOTICE of Appearance by Manuel Herceg on behalf of Defendant FASHION NOVA, LLC. (Herceg, Manuel) (Entered: 07/29/2025) |
| 07/29/2025 | 9 | Unopposed MOTION for Extension of Time to August 13, 2025 *to Respond to Plaintiff's Complaint*, filed by Defendant FASHION NOVA, LLC. (Attachments: # 1 Text of Proposed Order)(Herceg, Manuel) (Entered: 07/29/2025) |
| 07/30/2025 | 10 | ORDER granting 9 Motion for Extension of Time - The deadline for Defendant to respond to Plaintiff's Complaint is extended to and including August 13, 2025. (See Order.) Signed by Magistrate Judge M. Kendra Klump on 7/30/2025. (JSR) (Entered: 07/30/2025) |
| 07/30/2025 | 11 | ORDER SETTING INITIAL PRETRIAL CONFERENCE - This case is assigned for an initial pretrial conference by telephone on September 8, 2025, at 1:30 p.m. (Eastern Time), before United States Magistrate Judge M. Kendra Klump. The court will contact counsel by separate email through the court's electronic filing system with the call-in information to be used to participate in the conference. Read this entire order carefully; it sets out the court's expectations for the conference. Signed by Magistrate Judge M. Kendra Klump on 07/30/2025.(AAS) (Entered: 07/31/2025) |
| 08/13/2025 | 13 | NOTICE of Appearance by Artin Betpera on behalf of Defendant FASHION NOVA, LLC. (Betpera, Artin) (Entered: 08/13/2025) |
| 08/13/2025 | 14 | NOTICE of Withdrawal of Appearance by *Andrea S. Warren* on behalf of FASHION NOVA, LLC (Warren, Andrea) (Entered: 08/13/2025) |
| 08/13/2025 | 15 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Fashion Nova, LLC's Motion to Dismiss Plaintiff's Complaint*, filed by Defendant FASHION NOVA, LLC. (Betpera, Artin) (Entered: 08/13/2025) |
| 08/13/2025 | 16 | BRIEF/MEMORANDUM in Support re 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Fashion Nova, LLC's Motion to Dismiss Plaintiff's Complaint* , filed by Defendant FASHION NOVA, LLC. (Betpera, Artin) (Entered: 08/13/2025) |

| | | |
|---|---|---|
| 08/22/2025 | 17 | Consent MOTION for Extension of Time to File Response to October 3, 2025 re 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Fashion Nova, LLC's Motion to Dismiss Plaintiff's Complaint* , filed by Plaintiff WARREN RICHARDS. (Paronich, Anthony) (Entered: 08/22/2025) |
| 08/22/2025 | 18 | Submission of Proposed Order , re 17 Consent MOTION for Extension of Time to File Response to October 3, 2025 re 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Fashion Nova, LLC's Motion to Dismiss Plaintiff's Complaint* , filed by Plaintiff WARREN RICHARDS. (Paronich, Anthony) (Entered: 08/22/2025) |
| 08/22/2025 | 19 | ORDER granting 17 Consent MOTION for Extension of Time to File Response to 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Fashion Nova, LLC's to 10/3/2025. SEE ORDER. Signed by District Judge Tanya Walton Pratt on 8/22/2025. (JRB) (Entered: 08/25/2025)* |
| 08/27/2025 | 20 | MOTION to Stay , filed by Defendant FASHION NOVA, LLC. (Betpera, Artin) (Entered: 08/27/2025) |
| 08/27/2025 | 21 | BRIEF/MEMORANDUM in Support re 20 MOTION to Stay , filed by Defendant FASHION NOVA, LLC. (Betpera, Artin) (Entered: 08/27/2025) |
| 09/02/2025 | 22 | CASE MANAGEMENT PLAN TENDERED, filed by Plaintiff WARREN RICHARDS . (Paronich, Anthony) (Entered: 09/02/2025) |
| 09/05/2025 | 23 | RESPONSE in Opposition re 20 MOTION to Stay , filed by Plaintiff WARREN RICHARDS. (Paronich, Anthony) (Entered: 09/05/2025) |
| 09/09/2025 | 24 | MINUTE ORDER for Telephonic Initial Pretrial Conference held before Magistrate Judge M. Kendra Klump on 9/8/2025. Telephonic Status Conference set for 12/18/2025 at 3:00 PM (Eastern Time) before Magistrate Judge M. Kendra Klump. See Minute Order for further information. Signed by Magistrate Judge M. Kendra Klump. (BAS) (Entered: 09/10/2025) |
| 09/11/2025 | 26 | ORDER: CASE MANAGEMENT PLAN. APPROVED AS AMENDED AND SO ORDERED. (See Order.) Signed by Magistrate Judge M. Kendra Klump on 09/11/2025. (AJG) (Entered: 09/12/2025) |
| 09/12/2025 | 27 | REPLY in Support of Motion re 20 MOTION to Stay , filed by Defendant FASHION NOVA, LLC. (Betpera, Artin) (Entered: 09/12/2025) |
| 09/30/2025 | 28 | Consent MOTION for Extension of Time to File Response to November 3, 2025 re 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Fashion Nova, LLC's Motion to Dismiss Plaintiff's Complaint* , filed by Plaintiff WARREN RICHARDS. (Paronich, Anthony) (Entered: 09/30/2025) |
| 10/01/2025 | 29 | Submission of Proposed Order , re 28 Consent MOTION for Extension of Time to File Response to November 3, 2025 re 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Fashion Nova, LLC's Motion to Dismiss Plaintiff's Complaint* , filed by Plaintiff WARREN RICHARDS. (Paronich, Anthony) (Entered: 10/01/2025) |
| 10/03/2025 | 30 | ORDER granting 28 Consent MOTION for Extension of Time to File Response to , 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Fashion Nova, LLC's Motion to Dismiss Plaintiff's Complaint* to 11/3/2025. Signed by District Judge Tanya Walton Pratt on 10/3/2025. (JRB) (Entered: 10/03/2025) |
| 10/20/2025 | 31 | RESPONSE in Opposition re 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Fashion Nova, LLC's Motion to Dismiss Plaintiff's Complaint* , filed by Plaintiff WARREN RICHARDS. (Paronich, Anthony) (Entered: 10/20/2025) |
| 10/21/2025 | 32 | Witness List , filed by Plaintiff WARREN RICHARDS. (Paronich, Anthony) (Entered: 10/21/2025) |
| 10/23/2025 | 33 | Unopposed MOTION for Extension of Time to File Reply to 11/17/2025 re 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Fashion Nova, LLC's Motion to Dismiss Plaintiff's Complaint* , filed by Defendant FASHION NOVA, LLC. (Attachments: # 1 Text of Proposed Order) (Betpera, Artin) (Entered: 10/23/2025) |

| 10/26/2025 | 34 | ORDER granting 33 Unopposed MOTION for Extension of Time to File Reply in Support of 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Fashion Nova, LLC's to 11/17/2025. SEE ORDER. Signed by District Judge Tanya Walton Pratt on 10/26/2025. (JRB) (Entered: 10/27/2025)* |
|---|---|---|
| 10/27/2025 | 35 | ORDER granting 20 Motion to Stay - The matter is STAYED pending resolution of Defendant's motion to dismiss. SEE ORDER. Signed by Magistrate Judge M. Kendra Klump on 10/24/2025. (JRB) (Entered: 10/27/2025) |
| 11/13/2025 | 36 | NOTICE *of Supplemental Authority*, filed by Plaintiff WARREN RICHARDS, re 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Fashion Nova, LLC's Motion to Dismiss Plaintiff's Complaint*, 31 Response in Opposition to Motion. (Attachments: # 1 Exhibit 1 -- Mujahid v. Newity, LLC, 2025 U.S. Dist. LEXIS 221088 (N.D. Ill.) (Nov. 10, 2025)) (Paronich, Anthony) (Entered: 11/13/2025) |
| 11/17/2025 | 37 | NOTICE of Appearance by David M. Krueger on behalf of Defendant FASHION NOVA, LLC. (Krueger, David) (Entered: 11/17/2025) |
| 11/17/2025 | 38 | REPLY in Support of Motion re 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Fashion Nova, LLC's Motion to Dismiss Plaintiff's Complaint* , filed by Defendant FASHION NOVA, LLC. (Krueger, David) (Entered: 11/17/2025) |
| 11/17/2025 | 39 | NOTICE of Withdrawal of Appearance by *Manuel "Manny" Herceg* on behalf of FASHION NOVA, LLC (Attachments: # 1 Text of Proposed Order) (Herceg, Manuel) (Entered: 11/17/2025) |
| 11/17/2025 | 40 | NOTICE of Withdrawal of Appearance by *Notice of Withdrawal of Representation of Defendant Fashion Nova, LLC* on behalf of FASHION NOVA, LLC (Betpera, Artin) (Entered: 11/17/2025) |
| 11/18/2025 | 41 | ORDER ACKNOWLEDGING WITHDRAWAL OF ATTORNEY MANUEL "MANNY" HERCEG FOR DEFENDANT FASHION NOVA, LLC - This matter having come before the Court on Manuel "Manny" Herceg of Taft Stettinius & Hollister LLP's Notice of Withdrawal of Representation for Defendant Fashion Nova, LLC, and the Court, having reviewed said Notice, now acknowledges the Noticeand ORDERS that the appearance of Manuel Herceg on behalf of Fashion Nova, LLC has been withdrawn. Signed by District Judge Tanya Walton Pratt on 11/18/2025.(TPS) (Entered: 11/18/2025) |
| 12/05/2025 | 42 | MOTION for Attorney(s) Mark S. Eisen to Appear pro hac vice (Filing fee $100, receipt number AINSDC-9003548), filed by Defendant FASHION NOVA, LLC. (Attachments: # 1 Text of Proposed Order)(Eisen, Mark) (Entered: 12/05/2025) |
| 12/16/2025 | 43 | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE - This cause has come before the Court upon the motion of Mark S. Eisen, counsel for Defendant Fashion Nova, LLC, for leave to appear and participate pro hac vice in the above captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED. Signed by Magistrate Judge M. Kendra Klump on 12/16/2025. (See Order.) (BAA) (Entered: 12/17/2025) |
| 12/18/2025 | 44 | MINUTE ORDER for Telephonic Status Conference held before Magistrate Judge M. Kendra Klump on 12/18/2025. Telephonic Status Conference set for 4/21/2026 at 3:00 PM (Eastern Time) before Magistrate Judge M. Kendra Klump. See Minute Order for further information. Signed by Magistrate Judge M. Kendra Klump. (BAS) (Entered: 12/18/2025) |
| 02/05/2026 | 46 | Unopposed MOTION *for Oral Argument Regarding Its Motion to Dismiss Pursuant to Rule 12(b)(6)*, filed by Defendant FASHION NOVA, LLC. (Attachments: # 1 Text of Proposed Order)(Krueger, David) (Entered: 02/05/2026) |
| 02/09/2026 | 47 | ORDER GRANTING 46 UNOPPOSED REQUEST FOR ORAL ARGUMENT ON FASHION NOVA'S MOTION TO DISMISS - Oral Argument set for 3/10/2026 at 10:00 AM in room #344, United States Courthouse, 46 E. Ohio Street, Indianapolis, Indiana before District Judge Tanya Walton Pratt, to be held simultaneously with the argument in Richards v. Shein Distribution Corporation, No. 1:25-cv-01385. No additional time is needed for this argument. Signed by District Judge Tanya Walton Pratt on 2/9/2026.(TPS) (Entered: 02/09/2026) |

| 02/24/2026 | 48 | NOTICE *of Supplemental Authority*, filed by Defendant FASHION NOVA, LLC, re 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Fashion Nova, LLC's Motion to Dismiss Plaintiff's Complaint*, 16 Brief/Memorandum in Support. (Attachments: # 1 Exhibit 1 - Radvansky v. 1-800-Flowers.com, Inc., # 2 Exhibit 2 - Radvansky v. Kendo Holdings, Inc., # 3 Exhibit 3 - McGonigle v. Pure Green Franchise Corp.) (Eisen, Mark) (Entered: 02/24/2026) |
|---|---|---|
| 02/25/2026 | 49 | MOTION for Attorney(s) Jessica E. Garland to Appear pro hac vice (Filing fee $100, receipt number AINSDC-9139484), filed by Plaintiff WARREN RICHARDS. (Garland, Jessica) (Entered: 02/25/2026) |
| 02/26/2026 | 50 | ORDER granting 49 Motion for Attorney(s) Jessica E. Garland to Appear pro hac vice. (SEE ORDER.) Signed by Magistrate Judge M. Kendra Klump on 2/26/2026. (TPS) (Entered: 02/26/2026) |
| 02/26/2026 | 51 | NOTICE *OF SUPPLEMENTAL AUTHORITY*, filed by Plaintiff WARREN RICHARDS, re 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Fashion Nova, LLC's Motion to Dismiss Plaintiff's Complaint*, 31 Response in Opposition to Motion. (Wessler, Matthew) (Entered: 02/26/2026) |
| 02/26/2026 | 52 | NOTICE *OF SUPPLEMENTAL AUTHORITY*, filed by Plaintiff WARREN RICHARDS, re 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Fashion Nova, LLC's Motion to Dismiss Plaintiff's Complaint*, 31 Response in Opposition to Motion. (Wessler, Matthew) (Entered: 02/26/2026) |
| 02/26/2026 | 53 | NOTICE *OF SUPPLEMENTAL AUTHORITY*, filed by Plaintiff WARREN RICHARDS, re 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Fashion Nova, LLC's Motion to Dismiss Plaintiff's Complaint*, 31 Response in Opposition to Motion. (Wessler, Matthew) (Entered: 02/26/2026) |
| 03/02/2026 | 54 | MARGINAL ENTRY re 53 - Acknowledged. Signed by District Judge Tanya Walton Pratt on 3/2/2026. (BAA) (Entered: 03/02/2026) |
| 03/02/2026 | 55 | MARGINAL ENTRY by District Judge Tanya Walton Pratt on 3/2/2026 - 48 Notice of Supplemental Authority Acknowledged. (TPS) (Entered: 03/02/2026) |
| 03/02/2026 | 56 | MARGINAL ENTRY by District Judge Tanya Walton Pratt on 3/2/2026 - 51 Notice of Supplemental Authority Acknowledged. (TPS) (Entered: 03/02/2026) |
| 03/03/2026 | 57 | MARGINAL ENTRY re 52 Notice of Supplemental Authority - Acknowledged. Signed by District Judge Tanya Walton Pratt on 3/3/2026.(AAS) (Entered: 03/03/2026) |
| 03/09/2026 | 58 | NOTICE *of Supplemental Authority*, filed by Defendant FASHION NOVA, LLC, re 15 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM *Fashion Nova, LLC's Motion to Dismiss Plaintiff's Complaint*. (Attachments: # 1 Exhibit Stockdale v. Skymount Property Group) (Eisen, Mark) (Entered: 03/09/2026) |
| 03/10/2026 | 59 | MARGINAL ENTRY acknowledging 58 NOTICE of Supplemental Authority. Signed by District Judge Tanya Walton Pratt on 3/10/2026. (CCG) (Entered: 03/10/2026) |
| 03/10/2026 | 60 | MINUTE ENTRY for proceedings held before District Judge Tanya Walton Pratt on 3/10/2026: Plaintiff appeared by counsel Jessica Garland. Defendant appeared by counsel Mark Eisen. Parties appeared for oral argument on Defendant's Motion to Dismiss for Failure to State a Claim (Filing No. 15 ). Argument heard. Motion taken under advisement. Signed by District Judge Tanya Walton Pratt. (Court Reporter David Moxley.)(SMH) (Entered: 03/10/2026) |
| 03/26/2026 | 61 | ORDER granting 15 Motion to Dismiss - Richards' claims are dismissed without prejudice. Richards is granted leave of fourteen (14) days from the date of this Order to file an amended complaint, if such filing would not be futile. If nothing is filed within that time, the Motion to Dismiss will be converted to a dismissal with prejudice, and final judgment will issue. SEE ORDER. Signed by District Judge Tanya Walton Pratt on 3/26/2026. (JRB) (Entered: 03/27/2026) |
| 04/17/2026 | 62 | ENTRY CONVERTING DISMISSAL TO BE WITH PREJUDICE AND DIRECTING ENTRY OF FINAL JUDGMENT - On March 26, 2026, the Court granted Defendant Fashion Nova, LLC's Motion to Dismiss, dismissing Plaintiff Warren Richards' ("Richards") claims without prejudice and granting |

| | | |
|---|---|---|
| | | Richards leave of fourteen days in which to file an amended complaint (Filing No. 61 ). The Court explained that "[i]f nothing is filed within that time, the Motion to Dismiss will be converted to a dismissal with prejudice, and final judgment will issue." Id. at 10. The deadline has passed, and Richards has not filed an amended complaint. Accordingly, Richards' claims are DISMISSED with prejudice, and final judgment consistent with the Court's March 26, 2026 Order and this Entry will now issue. Signed by District Judge Tanya Walton Pratt on 4/17/2026.(KAA) (Entered: 04/17/2026) |
| 04/17/2026 | 63 | FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58 - All claims having now been resolved in this action, the Court now enters FINAL JUDGMENT. This case is DISMISSED with prejudice, and this action is TERMINATED. Signed by District Judge Tanya Walton Pratt on 4/17/2026.(KAA) (Entered: 04/17/2026) |
| 05/18/2026 | 64 | NOTICE OF APPEAL as to 63 Closed Judgment, 62 Entry, filed by Plaintiff WARREN RICHARDS. (Filing fee $605, receipt number AINSDC-9280818) (Paronich, Anthony) (Entered: 05/18/2026) |
| 05/19/2026 | 65 | PARTIES' SHORT RECORD re 64 Notice of Appeal - **Instructions for Attorneys/Parties attached.** (KAA) (Entered: 05/19/2026) |

**Case #: 1:25-cv-01145-TWP-MKK**