# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

May 19, 2026

**To:**   Kristine L. Seufert
         District/Bankruptcy Clerk

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 26-2082
>
> Caption:
> WARREN RICHARDS, individually and on behalf of all others similarly situated,
> > Plaintiff - Appellant
>
> v.
>
> FASHION NOVA, LLC,
> > Defendant - Appellee
>
> District Court No: 1:25-cv-01145-TWP-MKK
> Clerk/Agency Rep Kristine L. Seufert
> District Judge Tanya Walton Pratt
>
> Date NOA filed in District Court: 05/18/2026

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**   (form ID: **188**)