# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

July 22, 2026

*By the Court*:

|  | WARREN RICHARDS,<br>        Plaintiff - Appellant |
|---|---|
| Nos. 26-2082 &  26-2083 | v. |
|  | FASHION NOVA, LLC and SHEIN DISTRIBUTION CORPORATION,<br>        Defendants - Appellees |
| **Originating Case Information:** | |
| District Court Nos: 1:25-cv-01145-TWP-MKK & 1:25-cv-01385-TWP-TAB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt | |

The following are before the court:

1.    **PLAINTIFF-APPELLANT'S MOTION TO DISMISS APPEAL**, filed on July 21, 2026, in appeal no. 26-2083, by counsel for the appellant.

2.    **PLAINTIFF-APPELLANT'S MOTION TO DISMISS APPEAL**, filed on July 21, 2026, in appeal no. 26-2082, by counsel for the appellant.

**IT IS ORDERED** that these cases are **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**    (form ID: **137**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

July 22, 2026

To:   Kristine L. Seufert
UNITED STATES DISTRICT COURT
Southern District of Indiana
United States Courthouse
Indianapolis, IN 46204-0000

| | |
|---|---|
| Nos. 26-2082 &  26-2083 | WARREN RICHARDS,<br>         Plaintiff - Appellant<br><br>v.<br><br>FASHION NOVA, LLC and SHEIN DISTRIBUTION CORPORATION,<br>         Defendants - Appellees |

**Originating Case Information:**

District Court Nos: 1:25-cv-01145-TWP-MKK & 1:25-cv-01385-TWP-TAB
Southern District of Indiana, Indianapolis Division
District Judge Tanya Walton Pratt

Herewith is the mandate of this court in these appeals, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                           F.R.A.P. 42(b)

STATUS OF THE RECORD:                      no record to be returned

form name: **c7_Mandate**    (form ID: **135**)